

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00481-CV

**ROBERT TROY MCCLURE,**

**Appellant**

 **v.**

**T.D.C.J.,**

**Appellee**

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 26040

## O R D E R

By Order dated June 20, 2013, the Texas Department of Criminal Justice was ordered to file additional copies of its brief and bound appendix within 14 days from the date of the order because the Court received only the original copy of the brief and the appendix was not bound. *See* TEX. R. APP. P. 9.3(a)(C), 9.4(h); 10TH TEX. APP. [WACO] LOC. R. 12(a), 13.

In an attempt to comply with the Court's Order, the Texas Department of Criminal Justice presented five bound copies of its appendix to be filed. It, however,

failed to fully comply with the Court's Order because the Department did not provide five bound copies of its brief.

Because the Texas Department of Criminal Justice partially complied with the Court's Order, the Court, at this time, will not strike the Department's brief as previously warned. Instead, the Department is again ordered to file five bound copies of its brief with the Court within 14 days from the date of this order.

The failure to timely provide additional copies of the brief will result in the Texas Department of Criminal Justice's brief being stricken. *See* TEX. R. APP. P. 38.9(a).

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed July 18, 2013